UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOHM LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNIFORM INDUSTRIAL CORPORATION (U.S.A.),<br><br>Defendant. | Case No. 4:20-cv-08369 -HSG<br><br>**ORDER GRANTING STIPULATION AND SETTING RESPONSIVE PLEADING DEADLINE AND POSTPONING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Stipulation requesting a change in the deadline to answer the Complaint (Dkt. No. 1) filed by Plaintiff Sonohm Licensing LLC, is GRANTED. IT IS ORDERED that Defendant Uniform Industrial Corporation (U.S.A.) shall answer or otherwise respond to the Complaint no later March 17, 2021, and the Case Management Conference is moved to April 13, 2021 at 2:00 p.m.

IT IS SO ORDERED

DATED: 2/12/2021

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR
UNITED STATES DISTRICT JUDGE